| UNITED STATES DISTRICT COURT | Job #1707248 |
|---|---|
| EASTERN DISTRICT OF NEW YORK | |

**Attorney:** THE NHG LAW GROUP, P.C. PH: (516) 228-5100
**Address:** 4242 MERRICK ROAD MASSAPEQUA, NY 11758

BILAL EROGLU AND KADIR YAVUZ

*Plaintiffs*

vs

365 GAS CORP., ET AL.,

*Defendants*

**Civil Number:** 23-cv-08289 (AYS)
**Date Filed:** 11/08/2023
**Client's File No.:**

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF SUFFOLK, SS.:
**Sam Berg**, being duly sworn, deposes and says.
        Deponent is not a party herein; is over the age of 18 years and resides in the State of NY
On **12/6/2023**, at **9:33 AM** at: **11226 68TH RD, FOREST HILLS, NY 11375** Deponent served the within **Summons in a Civil Action and Complaint**

On: **MALIKA NURBEKOVA**, respondent therein named.

☐ **INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said respondent herein.

☒ **SUITABLE AGE PERSON**
By delivering thereat a true copy of each to JULIE NURBEKOVA (Mother) a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment  [X] dwelling house (usual place of abode)  within the state.

☐ **AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment   [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there

☐ **STATE AGENCY**
By delivering thereat a true copy of each to  personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be  thereof.

☒ **MAILING**
On 12/06/2023, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [X] Actual Place of Residence [] Actual Place of Business,  and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **DESCRIPTION**
**Sex:** Female        **Color of skin:** White        **Color of hair:** Blonde        **Glasses:** No
**Age:** 50   **Height:** 5ft 4in - 5ft 8in        **Weight:** 161-200 Lbs.        **Other Features:**

☒ **MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **WITNESS FEES**
Subpoena Fee Tendered in the amount of

☒ **OTHER**
SERVED AS LAST KNOWN ADDRESS PER DMV.

Sworn to before me on 12/06/2023



DAVID S. BERG
Notary Public of New York
Registration # 5009508
Qualified in Nassau County
My Commission Expires 3/15/2026

Sam Berg
0869984

Prompt Process LI INC., 150 Veterans Memorial Hwy #1076, Commack, NY 11725