UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

BILAL EROGLU and KADIR YAVUZ,                    23-cv-08289 (AYS)

                Plaintiffs,                    **CERTIFICATE OF SERVICE**

-against-

365 GAS CORP., 846 GAS CORP., ELEVEN GAS CORP., 11 EAST LLC, SAMUEL YAKOBOWICZ a/k/a SAMUEL JACOBY, and MALIKA NURBEKOVA,

                Defendants.
-----------------------------------------------------------X

**KEITH E. WILLIAMS, ESQ.**, being duly sworn, affirms the following:

Deponent is not a party herein, is over the age of 18 years, and resides in the State of New York. On November 13, 2023, at approximately 3:15 p.m. at 100 Federal Plaza, Courtroom 820, Central Islip, New York 11722, Deponent served the within Summons in a Civil Action and Complaint upon:

**Individual**

Samuel Yakobowicz, therein named, by delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein as a result of recipient positively identifying himself during a conference in the matter entitled *Gode v. 11 East LLC, et al.*; 22-cv-07276 (ENV)(SIL) on said date.

**Description**

| | | |
|---|---|---|
| Sex: Male | Color of Skin: White | Color of Hair: Gray |
| Age: 60 to 70 years | Height: 5'10" – 6'0" | Weight: 175 – 200 lbs. |

Dated: Massapequa, New York
       November 13, 2023

_____
Keith E. Williams, Esq.
The NHG Law Group, P.C.
*Attorneys for the Plaintiffs*
4242 Merrick Road
Massapequa, New York 11758
Tel: 516.228.5100
keith@nhglaw.com