# MORRISON TENENBAUM

MORRISON-TENENBAUM PLLC, ATTORNEYS-AT-LAW M-T-LAW.COM
«FIRM_DETAILS__Street_number» «FIRM_DETAILS__STREET_NAME» «FIRM_DETAILS__LEVEL» «FIRM_DETAILS__CITY»
«FIRM_DETAILS__State» «FIRM_DETAILS__Zip»
PHONE «FIRM_DETAILS__Phone»  FAX «FIRM_DETAILS__Fax»

August 12, 2024

«DEFAULT__Addressee»
«DEFAULT__Postal_address_down»
**«MATTER__Re_line_2»**
<u>Via ECF</u>
Honorable Judge Anne Y. Shields
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-9014

**Re:**   ***Eroglu, et al. v. 365 Gas Corp., et al.*; 23-cv-08289 (AYS)**

Dear Judge Shields:

Our office represents the Defendants in this action.  I write jointly with Plaintiff's attorney to provide a status report as directed by the Court's June 4, 2024 order.

The parties have not reached a settlement in principle.  The Court referred the matter to the EDNY Mediation program on July 16, 2024.  We have scheduled a mediation session for August 22, 2024.  (Dkt. No. 19)  We will update the Court on or before August 30, 2024 on the outcome of the mediation, and if no settlement in principle is reached, a proposed discovery schedule.

We thank the Court for its attention to this matter.

Respectfully submitted,

<u>/s/ Joshua S. Androphy</u>
Joshua S. Androphy, Esq.